# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Broadcast Music, Inc., EMI Blackwood Music Inc.,
Jam Entertainment, Inc., and Sony/ATV Latin Music
Publishing LLC,

      *Plaintiff* )
      v. )    Civil Action No.   3:24-cv-564

QC Social Group, LLC, d/b/a QC Social Lounge, and
Intha NoiVong Chanthavong,

      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Intha NoiVong Chanthavong
    394 East 8th Street, Apt. 5F
    Charlotte, NC 28202

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    M. Keith Kapp
    Williams Mullen
    301 Fayetteville St.
    Suite 1700
    Raleigh, NC 27601

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*[Signature]*
Katherine Hord Simon, Clerk
United States District Court

Date: 06/14/2024

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
        *(place)*_____
        **on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
        _____, **a person of suitable age and discretion who**
        **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
        **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
        **who is designated by law to accept service of process on behalf of** *(name of organization)*
        _____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
        _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                          **Server's signature**

                                                              _____
                                                                        **Printed name and title**

                                                              _____
                                                                           **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Broadcast Music, Inc., EMI Blackwood Music Inc., Jam Entertainment, Inc., and Sony/ATV Latin Music Publishing LLC,

    *Plaintiff*

v.

QC Social Group, LLC, d/b/a QC Social Lounge, and Intha NoiVong Chanthavong,

    *Defendant*

Civil Action No. 3:24-cv-564

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
QC Social Group, LLC, d/b/a QC Social Lounge
c/o Intha NoiVong Chanthavong, Member
300 N. College St., Suite 105
Charlotte, NC 28202

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

M. Keith Kapp
Williams Mullen
301 Fayetteville St.
Suite 1700
Raleigh, NC 27601

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[signature]*
Katherine Hord Simon, Clerk
United States District Court

Date: 06/14/2024

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                                                                         **Server's signature**

                                                                 _____
                                                                 **Printed name and title**

                                                                 _____
                                                                       **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Broadcast Music, Inc., EMI Blackwood Music Inc., Jam Entertainment, Inc., and Sony/ATV Latin Music Publishing LLC,

*Plaintiff*

v.

QC Social Group, LLC, d/b/a QC Social Lounge, and Intha NoiVong Chanthavong,

*Defendant*

Civil Action No. 3:24-cv-564

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
QC Social Group, LLC, d/b/a QC Social Lounge
c/o Adriane Jones Wilson, Registered Agent
301 S. McDowell Street, Suite 125-1718
Charlotte, NC 28204

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

M. Keith Kapp
Williams Mullen
301 Fayetteville St.
Suite 1700
Raleigh, NC 27601

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*signature:* Katherine Hord Simon, Clerk
United States District Court

Date: 06/14/2024

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____           _____
                                                                    **Server's signature**

                                                          _____
                                                          **Printed name and title**

                                                          _____
                                                          **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Broadcast Music, Inc., EMI Blackwood Music Inc., Jam Entertainment, Inc., and Sony/ATV Latin Music Publishing LLC,

      *Plaintiff*

v.

QC Social Group, LLC, d/b/a QC Social Lounge, and Intha NoiVong Chanthavong,

      *Defendant*

Civil Action No. 3:24-cv-564

**SUMMONS IN A CIVIL ACTION**

**TO:** *(Defendant's name and address)*
Intha NoiVong Chanthavong
300 N. College St., Suite 105
Charlotte, NC 28202

      **A lawsuit has been filed against you.**

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      M. Keith Kapp
      Williams Mullen
      301 Fayetteville St.
      Suite 1700
      Raleigh, NC 27601

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*[Signature]*
Katherine Hord Simon, Clerk
United States District Court

Date 06/14/2024

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                   **Server's signature**

                                                                   _____
                                                                   **Printed name and title**

                                                                   _____
                                                                   **Server's address**

**Additional information regarding attempted service, etc:**